# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IMPLICIT, LLC )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>SONOS, INC., )<br>)<br>    Defendant. ) | Case No. 17-cv-259-LPS-CJB |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel, subject to the approval of the Court, that Plaintiff's time to file its response brief in opposition to Defendant's Motion to Dismiss Plaintiff's Complaint Under Federal Rule of Civil Procedure 12(b)(6) (D.I. 8) is extended to June 21, 2017.

Dated: May 12, 2017                                    Respectfully submitted,

FARNAN LLP                                             POTTER ANDERSON & CORROON LLP

/s/ Michael J. Farnan                                  /s/ Philip A. Rovner
Brian E. Farnan (#4089)                                Philip A. Rovner (#3215)
Michael J. Farnan (#5165)                              Jonathan A. Choa (#5319)
919 North Market Street                                Hercules Plaza
12th Floor                                             P.O. Box 951
Wilmington, DE 19801                                   Wilmington, DE 19899
(302) 777-0300 (Telephone)                             (302) 984-6000
(302) 777-0301 (Facsimile)                             provner@potteranderson.com
bfarnan@farnanlaw.com                                  jchoa@potteranderson.com

*Attorneys for Plaintiff*                              *Attorneys for Defendant*

IT IS SO ORDERED this _____ day of May, 2017.

_____
The Honorable Christopher J. Burke