IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IMPLICIT, LLC,<br><br>                    **Plaintiff,**<br><br>v.<br><br>SONOS, INC.,<br><br>                    **Defendant.** | § § § § § § § § § § § | **C.A. No.** 17-259-LPS<br><br>**Jury Trial Demanded** |
| IMPLICIT, LLC,<br><br>                    **Plaintiff,**<br><br>v.<br><br>D&M HOLDINGS U.S. INC. and<br>DENON ELECTRONICS (USA), LLC.,<br><br>                    **Defendant.** | § § § § § § § § § § § | **C.A. No.** 17-258-LPS<br><br>**Jury Trial Demanded** |

## **IMPLICIT'S STATEMENT OF NON-OPPOSITION**

Implicit hereby submits this statement of non-opposition with respect to Sonos, Inc.'s Motion to Stay [D.I. 44 in 17-cv-259].

Implicit furthermore does not oppose the Motion to Stay as to D&M Holdings U.S. Inc. and Denon Electronics (USA), LLC ("Denon") (via Denon's Joinder of that Motion [D.I. 31 in 17-cv-258]), subject to Implicit's agreement with Denon that Denon will voluntarily submit to estoppel, as the parties have previously agreed in writing:

Denon shall be bound by the results of IPR2018-00766 challenging claims 1-3, 6-9, 12, 16, 19, and 23-25 of the '791 Patent and IPR2018-00767 challenging claims 1-3, 8, 11, and 17 of the '252 with respect to the specific prior art allegations identified in those petitions. To be

clear, this means estoppel based on the specific bases of §§ 102 & 103 identified in the petitions, but not to additional combinations involving that prior art. Furthermore, this estoppel only applies to specific grounds which are instituted in the *inter partes* review proceedings and later subject to a final written decision.

       This agreement will be memorialized in a stipulation to be filed with the Court in the coming days.

Dated: April 16, 2018                         Respectfully submitted,

                                                  FARNAN LLP

/s/ Brain E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19806
(302) 777-0300
(302) 777-0301 (fax)
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Benjamin L. Singer (admitted *pro hac vice*)
Adam S. Cashman (admitted *pro hac vice*)
James Hopenfeld (admitted *pro hac vice*)
Walter C. Pfeffer (admitted *pro hac vice*)
Evan N. Budaj (admitted *pro hac vice*)
Singer / Bea LLP
601 Montgomery Street, Suite 1950
San Francisco, California 94111
(415) 500-6080
bsinger@singerbea.com
acashman@singerbea.com
jhopenfeld@singerbea.com
wpfeffer@singerbea.com
ebudaj@singerbea.com

**ATTORNEYS FOR PLAINTIFF IMPLICIT, LLC**